**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-13-01297-001-TUC-DCB (CRP) |
| Plaintiff, | **ORDER** |
| v. | |
| Jose Francisco Garcia-Coronado, | |
| Defendant. | |

On April 13, 2020, the Defendant filed an Emergency Motion for Compassionate Release alleging that he is high-risk due to health reasons for COVID-19. (Docs. 204, 205). The Court called for a Response. The Government argues that the motion should be denied procedurally because the Defendant failed to exhaust administrative relief proceedings. "The administrative exhaustion requirement in § 3582(c)(1)(A) is mandatory and jurisdictional." (Response (Doc. 207) at 7 (citing *Shaw v. Bank of America Corp.,* 946 F.3d 533, 541 (9th Cir. 2019) ("'statutorily-provided exhaustion requirements deprive the court of jurisdiction'") (citation omitted)). The Government objects on the merits because the Defendant's concerns about being susceptible to COVID-19 are not "extraordinary and compelling." At best, they are speculative. The facility is not a hotspot, and his medical conditions, cholesterol and hypertension, are not considered high-risk, especially for his age. Defendant is 47 years old.

The Court does not, however, rule on the merits because the motion is moot. On June 3, 2020, the Government filed a Notice that the Defendant is being transferred to home confinement. (Doc. 209.)

**Accordingly,**

**IT IS ORDERED** that the Motion for Compassionate Release (Docs 204, 205) is DENIED as MOOT.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to Keith Hilzendeger at the Federal Public Defender's office.

Dated this 24th day of June, 2020.

_____
Honorable David C. Bury
United States District Judge